Submitted May 1, vacated and remanded for entry of judgment declaring rights of the parties November 18, 2020

Linh Thi Minh TRAN,
*Plaintiff-Appellant,*

*v.*

CLEAR RECON CORP.;
Mortgage Electronic Registration Systems, Inc.;
Ocwen Loan Servicing, LLC; and
Deutsche Bank National Trust Company,
as Trustee for GSAA Home Equity Trust 2006-16,
Asset-Backed Certificates Series 2006-16,
*Defendants-Respondents.*

Clackamas County Circuit Court
16CV36714; A167295

476 P3d 520

Paul E. Winters, Judge. (Limited Judgment)

Michael C. Wetzel, Judge. (General Judgment)

Linh Thi Minh Tran filed the briefs for appellant *pro se*.

Stanton Shelby and Aldrige Pite, LLP, filed the brief for respondent Clear Recon Corp.

Tony Kullen and Wright, Finlay & Zak, LLP, filed the brief for respondents Mortgage Electronic Registration Systems, Inc., Ocwen Loan Servicing, LLC, and Deutsche Bank National Trust Company.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Aoyagi, Judge.

PER CURIAM

Vacated and remanded for entry of judgment declaring rights of the parties.

**PER CURIAM**

This appeal arises from a declaratory judgment action in which the trial court entered a limited judgment of dismissal, without prejudice, in favor of some defendants, and later entered a general judgment of dismissal, without prejudice, in favor of the remaining defendant. Those judgments dismissed plaintiff's case challenging a then-pending nonjudicial foreclosure of a deed of trust. On appeal, plaintiff raises a number of assignments of error. We reject plaintiff's assignments of error without discussion.

We vacate and remand, however, for entry of judgment declaring the rights of the parties. *See Schroeder v. Clackamas County Bank*, 291 Or App 16, 18, 419 P3d 726, *rev den*, 363 Or 815 (2018) ("[B]ecause it is error to dismiss a claim for declaratory relief unless there is no justiciable controversy, we remand for the issuance of a judgment that declares the rights of the parties.") (Footnote and citation omitted.)); *see also City of Corvallis v. State of Oregon*, 304 Or App 171, 190-91, 464 P3d 1127 (2020) (explaining that the correct disposition in a declaratory judgment action is a declaration of the rights of the parties even if it is not the declaration sought by the plaintiff).

Vacated and remanded for entry of judgment declaring rights of the parties.